UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-9841 MWF (JCx)**                                            Date:  March 02, 2022

Title        **Yolanda Tellez v. United States of America, et al.**

Present: The Honorable:     **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

   A review of the docket in this action reflects that the Complaint was filed on December 21, 2021.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on March 21, 2022.

   The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **MARCH 21, 2022**.

- BY PLAINTIFF:  PROOF OF SERVICE of Summons and Complaint on Defendants.

     AND/OR

- BY DEFENDANTS:  RESPONSES TO THE COMPLAINT by Defendants.  The parties may also file an appropriate stipulation to extend the time within which Defendant must respond to the Complaint.

     OR

- BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT as to Defendants who have been properly served and have not timely responded to the Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-9841 MWF (JCx)**                                         Date:  March 02, 2022

Title            **Yolanda Tellez v. United States of America, et al.**

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **March 21, 2022** will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm