JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA TELLEZ,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | No. 2:21-cv-09841 MWF (JCx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

　　　IT IS SO ORDERED that pursuant to the separately filed Stipulation for Compromise Settlement, this action is hereby DISMISSED with prejudice. Each party to bear its own costs and fees.

Dated:  October 25, 2023

　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　United States District Judge